

# Fourth Court of Appeals
## San Antonio, Texas

August 9, 2022

No. 04-22-00021-CR

Robert Ray **LACINA**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 198th Judicial District Court, Bandera County, Texas
Trial Court No. CR-18-0000127
Honorable M. Rex Emerson, Judge Presiding

# O R D E R

Appellant's court-appointed attorney filed a motion to withdraw and a brief pursuant to *Anders v. California*, 368 U.S. 738 (1967). Counsel asserts there are no meritorious issues to raise on appeal. Appellant's pro se brief originally was due on July 7, 2022, and he has been granted one extension until August 8, 2022. On August 8, 2022, appellant filed a pro se motion requesting either a thirty-day or a sixty-day extension in which to file his brief. We GRANT a thirty-day extension of time and appellant is ORDERED to file his brief **no later than September 7, 2022**. No further extensions of time will be granted absent extenuating circumstances.

If appellant files a pro se brief, the State may file a responsive brief no later than thirty days after the date appellant's pro se brief is filed in this court.

_____
Irene Rios, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 9th day of August, 2022.

_____
MICHAEL A. CRUZ, Clerk of Court